UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA, :

- against - :

26 Cr 307 (PMH)

JUSTIN MARTHA

Defendant.

---------------------------------------------------------------

Application granted. Kenneth Montgomery, Esq. is relieved as learned counsel for Mr. Martha. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 66).

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 30, 2026

**NOTICE OF MOTION T**

**AS LEARNED COUNSE**

Respectfully submitted,

By: <u>*/s/Kenneth J. Montgomery//*</u>
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590
Email: ken@kjmontgomerylaw.com

*Attorney for Justin Martha*

# KENNETH J. MONTGOMERY

ATTORNEY AT LAW

396 WAVERLY AVENUE
SUITE A
BROOKLYN, NEW YORK 11238

Tel:(718)403-9261
Fax: (347) 402-7103
Email:KEN@KJMONTGOMERYLAW.COM

Admitted NY


September 29, 2026

**VIA: ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains Office
White Plains, New York 10601-4150

**Re**: United States v. Justin Martha___
Criminal Docket # 7:26-Cr-307 (PMH)

**NOTICE OF MOTION TO BE RELIEVED AS LEARNED COUNSEL**

Dear Judge Halpern,

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Kenneth J. Montgomery, Esq., and pursuant to Local Criminal Rule 1.2, Local Civil Rule 1.4, 18 U.S.C. § 3005, undersigned counsel respectfully moves this Court for an Order relieving Kenneth J. Montgomery as learned counsel for Defendant Justin Martha.

In support of this motion, counsel respectfully states that the attorney-client relationship has deteriorated to the point that continued representation is no longer workable and would materially impair lead counsel's ability to provide the effective representation contemplated by the appointment.

Counsel respectfully requests that the Court grant the motion.

Respectfully submitted,

By: */s/Kenneth J. Montgomery//*
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590

Email: ken@kjmontgomerylaw.com

*Attorney for Justin Martha*

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO BE RELIEVED AS LEARNED COUNSEL**

I, Kenneth J. Montgomery, an attorney who is duly admitted to practice before this Court, declare under penalty of perjury as follows:

1. I am Learned counsel for Defendant Justin Martha in the above-captioned criminal matter and submit this Declaration in support of my application to be relieved as learned counsel.
2. I was lead counsel in an unrelated federal matter in the Southern District of New York under indictment number 25 Cr 574. On September 18, 2026, the Honorable Vernon S. Broderick relieved me of this matter.
3. Mr. Martha has requested that Your Honor also relieve me as learned counsel in this case.
4. I was appointed as learned counsel for Mr. Justin Martha on or about July 28, 2026.
5. Since my appointment, I have undertaken my responsibilities as learned counsel and have endeavored to provide Mr. Justin Martha with diligent and effective representation.
6. During the representation, however, the attorney-client relationship between Mr. Justin Martha and undersigned counsel has substantially deteriorated.
7. Despite counsel's efforts to maintain a productive professional relationship, the deterioration has reached a point where the communication and trust required for counsel to continue effectively serving as learned counsel have been materially impaired.
8. Counsel does not make this application lightly. Based upon the present circumstances, counsel respectfully submits that continued representation would not serve the interests of the Defendant or the orderly administration of justice.
9. Counsel has intentionally refrained from describing the underlying attorney-client communications or other confidential matters giving rise to this application in order to preserve the Defendant's attorney-client privilege and other protections. If the Court requires additional information about the basis for this application, counsel respectfully requests permission to address those matters **ex parte.**
10. The case is presently in the following procedural posture: discovery is ongoing; no trial date has been set.
11. Donald Joseph Yannella, Esq., presently represents the Defendant as lead counsel/co-counsel and will remain as counsel of record / other appropriate description.
12. Counsel believes this application can be granted without material prejudice to the Defendant and without unnecessary disruption to the proceedings, as lead counsel and the Federal defender have identified new Learned Counsel who is available to step in as Learned Counsel.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court enter an Order relieving Kenneth J. Montgomery, Esq., as learned counsel for Defendant Justin Martha, and granting such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: /s/*Kenneth J. Montgomery//*
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590
Email: ken@kjmontgomerylaw.com

*Attorney for Justin Martha*

**PROPOSED ORDER**

Upon consideration of the motion of Kenneth J. Montgomery, Esq., to be relieved as learned counsel for Defendant Justin Martha, and for good cause shown, it is hereby:

ORDERED that the motion is **GRANTED**; and it is further

ORDERED that Kenneth J. Montgomery, Esq., is relieved as learned counsel for Defendant Justin Martha in the above-captioned matter; and it is further

ORDERED that replacement learned counsel shall be appointed / the Defendant shall continue to be represented by Lead Counsel / other relief as directed by the Court.

SO ORDERED.

Dated: New York, New York

____________________, 2026

SO ORDERED

______________________________

Honorable Philip Halpern
District Judge, United States District Court
Southern District of New York, White Plains