UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JUSTIN MARTHA,

Defendant.
--------------------------------------------------------X

ORDER

26-cr-307-3 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Donald Yanella, Justin Martha's lead counsel, to appoint Xavier Donaldson as learned capital counsel for Mr. Martha in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Xavier Donaldson is appointed as learned counsel for Mr. Martha in this case.

Dated: White Plains, New York
October 1, 2026

Philip M. Halpern
United States District Judge